PER CURIAM.
We find that the court’s failure to conduct a hearing pursuant to Nelson v. State, 274 So.2d 256 (Fla. 4th DCA 1973) was not error where appellant never challenged the competence of his trial counsel. Smith v. State, 641 So.2d 1319, 1321 (Fla.1994), cert. denied, — U.S. —, 115 S.Ct. 1129, 130 L.Ed.2d 1091 (1995); Bodiford v. State, 665 So.2d 315, 316 (Fla. 1st DCA 1995); Kearse v. State, 605 So.2d 534, 536 & n. 3 (Fla. 1st DCA 1992), rev. denied, 613 So.2d 5 (Fla.1993). We further find no merit to the remaining issue on appeal.
Affirmed.